Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Telephone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

Stephen A. Madoni, Esq. (SBN 170652)
Law Office of Stephen A. Madoni
A Professional Corporation
1151 Dove Street, Suite 235
Newport Beach, CA 92660
Telephone: 949-723-7600
Fax: 949-723-7601
steve@madonilaw.com
*Attorney for Defendants American Diversified Energy, LLC and American CNG Energy, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN DIVERSIFIED ENERGY, LLC, AMERICAN CNG ENERGY, LLC, and DOES 1-10, inclusive, and each of them,<br><br>Defendants. | Case No. 2:20-cv-00638-MWF-JEM<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

1  NOW COME THE PARTIES by and through their attorneys to respectfully
2  move this Honorable Court to dismiss this matter with prejudice as to Plaintiff's
3  individual claims and without prejudice as to the putative Class pursuant to Federal
4  Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and
5  attorney fees.  A proposed order has been concurrently submitted to this Court.

Dated: February 17, 2021                  Respectfully Submitted,

/s/ Todd M. Friedman
Todd M. Friedman (SBN 216752)
*Attorney for Plaintiff*

/s/ Stephen A. Madoni
Stephen A. Madoni (SBN 170652)
*Attorney for Defendants*

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendants and that I have obtained his authorization to affix his electronic signature to this document.

Dated: February 17, 2021

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By:   /s/Todd M. Friedman
      TODD M. FRIEDMAN
      Attorney for Plaintiff

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On February 17, 2021 I served a true copy of the JOINT STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE on all counsel of record via the ECF Filing System:

Executed on February 17, 2021.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:    /s/ Todd M. Friedman
       TODD M. FRIEDMAN, ESQ.
       ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

Filed electronically on February 17, 2021 with:

United States District Court CM/ECF system

Notification sent electronically on February 17, 2021 to:

To the Honorable Court, all parties and their Counsel of Record

/s/Todd M. Friedman
   Todd M. Friedman