JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>AMERICAN DIVERSIFIED ENERGY, LLC, AMERICAN CNG ENERGY, LLC, and DOES 1-10, inclusive, and each of them,<br><br>        Defendants. | Case No. CV 20-638-MWF (JEMx)<br><br>**ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS CLAIMS.** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

Dated: February 17, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge